**KENNEDY & COUVILLIER, PLLC**
Maximiliano D. Couvillier III, Esq. (Bar #7661)
Todd E. Kennedy, Esq. (Bar #6014)
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Ph. (702) 605-3440/Fax (702) 625-6367
mcouvillier@kclawnv.com
tennedy@kclawnv.com
*Attorneys for The Association of Pool And Spa Professionals d/b/a Pool & Hot Tub Alliance; and The Pool & Hot Tub Foundation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WATERSHAPE, INC. d/b/a WATERSHAPE UNIVERSITY, a California Corporation,<br><br>Plaintiff<br><br>v.<br><br>THE ASSOCIATION OF POOL AND SPA PROFESSIONALS d/b/a POOL & HOT TUB ALLIANCE, a Virginia Nonstock Corporation, POOL & HOT TUB FOUNDATION d/b/a GENESIS 3, INC., d/b/a Genesis, a District of Columbia Nonprofit Corporation, and DOES 1-50,<br><br>Defendants. | Case No. 2:23-cv-00466-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION (EFC NO. 7)**<br><br>**(First Request)** |

Pursuant LR 7-1, LR IA 6-1, and LR IA 6-2, the parties stipulate as follows:

1. On May 8, 2023, Defendants filed a *Motion To Dismiss And To Compel Arbitration* ("Motion"), ECF No. 7.

2. A hearing on Defendants' Motion has not been set as of the date of this stipulation.

3. Per LR 7-2(b), Plaintiff's response to the Motion is due May 22, 2023, and Defendants' reply is due May 29, 2023.

4. Counsel for the parties have conferred about extending the briefing deadlines to accommodate the travel schedule of Defendants' undersigned counsel and to provide Plaintiff's with additional time to prepare.

5. Accordingly, the Parties stipulate to the following schedule:

    a. Plaintiff's response to the Motion will be filed on **May 29, 2023**; and

    b. Defendants' reply to the Motion will be filed on **June 5, 2023**.

6. This is the first stipulation/request to extend the time to file the response and reply to the Motion.

7. This stipulation is made in good faith and not for the purposes of delay.

Dated: May 17, 2023

| PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | KENNEDY & COUVILLIER, PLLC |
|---|---|
| **/s/Jeffery A. Garofalo**<br>Jeffery A. Garofalo (Bar No. 7345)<br>jeff.garofalo@procopio.com<br>10000 W. Charleston Blvd., Suite 140<br>Las Vegas, NV 89135<br>Tel: 702.216.2684<br>Fax: 619.235.0398<br>*Attorney for Plaintiff Watershape, Inc. d/b/a Watershape University* | **/s/ Maximiliano D. Couvillier III**<br>Maximiliano D. Couvillier III, Esq.<br>Nevada Bar #7661<br>Mcouvillier@kclawnv.com<br>3271 E. Warm Springs Rd.<br>Las Vegas, NV 89120<br>Ph. 702-605-3440<br>Fax 702-625-6367<br>*Attorneys for The Association of Pool And Spa Professionals d/b/a Pool & Hot Tub Alliance; and The Pool & Hot Tub Foundation* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 26, 2023

Page 2