**KENNEDY & COUVILLIER, PLLC**
Maximiliano D. Couvillier III, Esq. (Bar #7661)
Todd E. Kennedy, Esq. (Bar #6014)
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Ph. (702) 605-3440/Fax (702) 625-6367
mcouvillier@kclawnv.com
tkennedy@kclawnv.com
*Attorneys for The Association of Pool And Spa Professionals d/b/a Pool & Hot Tub Alliance; and The Pool & Hot Tub Foundation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WATERSHAPE, INC. d/b/a WATERSHAPE UNIVERSITY, a California Corporation,<br><br>Plaintiff<br><br>v.<br><br>THE ASSOCIATION OF POOL AND SPA PROFESSIONALS d/b/a POOL & HOT TUB ALLIANCE, a Virginia Nonstock Corporation, POOL & HOT TUB FOUNDATION d/b/a GENESIS 3, INC., d/b/a Genesis, a District of Columbia Nonprofit Corporation, and DOES 1-50,<br><br>Defendants. | Case No. 2:23-cv-00466-JCM-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION (EFC NO. 7)**<br><br>**(Second Request)** |

Pursuant LR 7-1, LR IA 6-1, and LR IA 6-2, the parties stipulate as follows:

1. On May 8, 2023, Defendants filed a *Motion To Dismiss And To Compel Arbitration* ("Motion"), ECF No. 7.

2. A hearing on Defendants' Motion has not been set as of the date of this stipulation.

3. On May 17, 2023, the parties stipulated and agreed that Plaintiff would file its response to the Motion by May 29, 2023, and that Defendants would file their reply by June 5, 2023.

4. On May 26, 2026, the Court entered a Stipulation and Order (ECF No. 10), adopting the parties' agreed briefing schedule.

5. Due to the Memorial Day Holiday, Plaintiff filed its response to the Motion on

Page 1

1  May 30, 2023.

2  6. As a result, the parties further conferred and agree that Defendants' reply to the
3  Motion will be filed by **June 13, 2023**, which is necessary to allow Defendants a reasonable time
4  to prepare their reply and accommodate the schedule of their undersigned counsel.

5  7. This is the second stipulation/request to extend the time to file the response and
6  reply to the Motion.

7  8. This stipulation is made in good faith and not for the purposes of delay.

Dated: May 30, 2023

| PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | KENNEDY & COUVILLIER, PLLC |
|---|---|
| */s/Jeffery A. Garofalo* <br> Jeffery A. Garofalo (Bar No. 7345) <br> jeff.garofalo@procopio.com <br> 10000 W. Charleston Blvd., Suite 140 <br> Las Vegas, NV 89135 <br> Tel: 702.216.2684 <br> Fax: 619.235.0398 <br> *Attorney for Plaintiff Watershape, Inc. d/b/a Watershape University* | */s/ Maximiliano D. Couvillier III* <br> Maximiliano D. Couvillier III, Esq. <br> Nevada Bar #7661 <br> Mcouvillier@kclawnv.com <br> 3271 E. Warm Springs Rd. <br> Las Vegas, NV 89120 <br> Ph. 702-605-3440 <br> Fax 702-625-6367 <br> *Attorneys for The Association of Pool And Spa Professionals d/b/a Pool & Hot Tub Alliance; and The Pool & Hot Tub Foundation* |

DATED: May 31, 2023.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE