**KENNEDY & COUVILLIER, PLLC**
Todd E. Kennedy, Esq. (Bar #6014)
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Ph. (702) 605-3440/Fax (702) 625-6367
tennedy@kclawnv.com
*Attorneys for The Association of Pool And Spa Professionals d/b/a Pool & Hot Tub Alliance; and Pool & Hot Tub Foundation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WATERSHAPE, INC. d/b/a WATERSHAPE UNIVERSITY, a California Corporation,<br><br>Plaintiff<br>v.<br><br>THE ASSOCIATION OF POOL AND SPA PROFESSIONALS d/b/a POOL & HOT TUB ALLIANCE, a Virginia Nonstock Corporation, POOL & HOT TUB FOUNDATION d/b/a GENESIS 3, INC., d/b/a Genesis, a District of Columbia Nonprofit Corporation, and DOES 1-50,<br><br>Defendants. | Case No. 2:23-cv-00466-JCM-EJY<br><br>**STIPULATION OF WITHDRAWAL OF CO-COUNSEL FOR DEFENDANTS, MAXIMILIANO D. COUVILLIER III, ESQ.** |

Per LR IA 11-6(b) and (c), co-counsel for defendants *The Association of Pool And Spa Professionals d/b/a Pool & Hot Tub Alliance*; and *Pool & Hot Tub Alliance*, Maximiliano D. Couvillier III, Esq., hereby withdraws from the matter as co-counsel of record for defendants. Todd E. Kennedy, Esq., remains as counsel of record for defendants.

*/s/Maximiliano D. Couvillier III*          */s/Todd E. Kennedy, Esq.*
Maximiliano D. Couvillier III, Esq. (Bar #7661)   Todd E. Kennedy, Esq. (Bar #6014)

_____
Sabeena Hickman, for Defendants, *The Association of Pool and Spa Professionals (d/b/a) The Pool and Hot Tub Alliance*
and *Pool and Hot Tub Foundation* ("PHTF").

IT IS SO ORDERED that Maximiliano D. Couvillier III is hereby discharged from the matter.

Dated: October 31, 2023

_____
U.S. Magistrate Judge